UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

**14-CV-62019-Middlebrooks/Brannon**

ELVIS MACEDA and all others
similarly-situated under 29
U.S.C. 216 (B),

CASE NO: 14-CV-62019

    Plaintiffs,

Vs.

HAMMAD ENTERPRISES, INC.;
and AMJAD HAMMAD.

    Defendants.

_____/

### SUMMONS IN A CIVIL ACTION

To: AMJAD HAMMAD
1130 N. ATLANTIC AVENUE
DELRAY BEACH, FL 33444

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Claudio R. Cedrez Pellegrino, Esq.
1090 Kane Concourse, Suite 206
Bay Harbor Islands, Florida 33154
Tel. 305/763-8678

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __**September 4, 2014**__



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Page **1** of **1**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

BROWARD DIVISION

**14-CV-62019-Middlebrooks/Brannon**

ELVIS MACEDA and all others
similarly-situated under 29
U.S.C. 216 (B),

CASE NO: 14-CV-62019

    Plaintiffs,

Vs.

HAMMAD ENTERPRISES, INC.;
and AMJAD HAMMAD.

    Defendants.

_____/

## SUMMONS IN A CIVIL ACTION

To: HAMMAD ENTERPRISES, INC.
Registered Agent:   AMJAD, HAMMAD
1130 N. ATLANTIC AVENUE
DELRAY BEACH, FL 33444

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Claudio R. Cedrez Pellegrino, Esq.
1090 Kane Concourse, Suite 206
Bay Harbor Islands, Florida 33154
Tel. 305/763-8678

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT



**SUMMONS**

Date: **September 4, 2014**

Page **1** of **1**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts